UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NELSON GARCIA,<br><br>        Plaintiff,<br><br>    v.<br><br>CITY OF GILROY, et al.,<br><br>        Defendants. | Case No.  5:13-cv-00431 EJD<br><br>**ORDER RE: STATUS OF CRIMINAL PROCEEDINGS** |

In order to address the ongoing necessity of the stay imposed on September 13, 2013 (see Docket Item No. 13), Plaintiff shall file a notice providing the status of Plaintiff's related state criminal proceedings on or before **January 9, 2015.**

**IT IS SO ORDERED.**

Dated: December 29, 2014

                                         EDWARD J. DAVILA
                                         United States District Judge