UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NELSON GARCIA,<br>   Plaintiff,<br>  v.<br>CITY OF GILROY, et al.,<br>   Defendants. | Case No. 5:13-cv-00431 EJD<br><br>**ORDER DISMISSING CASE** |

On February 6, 2015, the court issued an Order to Show Cause which required Plaintiff Nelson Garcia ("Plaintiff") to either file, by February 13, 2015, a document providing an update on the status of related state criminal proceedings or otherwise show cause in writing why this action should not be dismissed for failure to prosecute or failure to comply with a court order pursuant to Federal Rule of Civil Procedure 41(b). See Docket Item No. 16. As of the date and time this order was filed, Plaintiff has not complied with the show cause order as directed.

Accordingly, this action is DISMISSED pursuant to Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED.**

Dated: February 17, 2015

                _____
                EDWARD J. DAVILA
                United States District Judge